# AFFIDAVIT

The undersigned Affiant hereby on oath deposes and says as follows:

1. My name is Michelle Meisinger Cochran
2. I am a resident o ... arwick, RI 02888
3. I have been a resident at that address since 2006.
4. I have personal knowledge of the matters that are set forth in this affidavit.
5. My husband, Robert Cochran and I purchased the house that is now our residence in on January 30, 2006.
6. Prior to purchasing the house, we met with Paul Ferrazza, an employee of First Horizon Home Mortgage Corp. in order to obtain a mortgage so we could purchase the house.
7. On or about January 1, 2006 we were told that we were going to receive a fixed-rate mortgage from First Horizon.
8. We were never informed at any time that we were going to be paying "points" as part of our closing costs.
9. We did not receive any documentation or information about our loan from the lender prior to the closing.

MMC ~~10. We were not even advised that we were being given two mortgage loans, both from First Horizon.~~

11. Nothing was explained to us at the closing. We received no explanation of the terms of the loan that we were obtaining.
12. After the closing, we found out that ASC was servicing our loan.
13. As a result of serious health problems for both myself and my husband, we fell behind our payment schedule.
14. Despite our efforts, we were not successful in getting anyone at ASC to discuss our situation.
15. When we made larger payments designed to catch up with our payment schedule, ASC at first refused to accept them.
16. When ASC finally accepted payments, instead of applying them to the outstanding balance on our first mortgage, all the payments were applied to our

second mortgage. Therefore, we were never able to catch up with our payment deficiency.

17. We have sought several avenues to attempt to resolve the difficulties that ASC has put us into. We have even attempted to file for bankruptcy on several occasions, but we were ultimately unsuccessful.

Michelle Meisinger Cochran

Michelle Meisinger Cochran

Subscribed and sworn before me this 14th day of March , 2006

Notary Public Ralph E. Stokes
My Commission Expires: 4/11/10