**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ROBERT COCHRAN and**
**MICHELLE MEISINGER COCHRAN**
**Plaintiffs**

**v.** **CA NO.** CA 08 98

**FIRST HORIZON HOME LOAN**
**CORPORATION and AMERICA'S**
**SERVICING COMPANY**
**Defendants**

---

**Ralph Stokes 2630**
**Attorney for Plaintiffs**
**33 College Hill Rd., Ste 15-E**
**Warwick, RI 02886**
**401.827.0100**

---

## *EX-PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER,AND SHOW CAUSE ORDER

NOW COMES the Plaintiffs by and through their counsel, Ralph Stokes, and request that this court issue a temporary restraining order and order Defendants to show cause why a preliminary injunction should not be issued pursuant to Fed. Rules Civ. Proc. 65(b) for the following reasons, and those outlined in the attached brief in support:

1. On January 30, 2006, Plaintiffs closed on a mortgage with First Horizon Home Loan Corporation.

2. The mortgage was secured by the Plaintiffs' residence at:

Warwick Rhode Island 02888.

3. Defendant First Horizon Home Loan Corporation instituted foreclosure proceedings against Plaintiffs on or about

4. For the reasons stated in Plaintiff's verified complaint and affidavit, unless Defendant is enjoined from concluding its foreclosure proceeding, Plaintiffs will be irreparably harmed by the loss of their home.

5. Plaintiffs have no adequate remedy at law.

6. Any delay in the issuance of a temporary restraining order until the hearing on a preliminary injunction will result in the following immediate and irreparable harm to Plaintiffs: the Defendants are conducting foreclosure proceedings on Friday March 14, 2008 and Plaintiffs will lose their home.

7. Counsel was apprised of this matter only on Wednesday night, March 12, 2006, and has spent the intervening time developing facts and preparing pleadings.

Temporary Restraining ORDER

PLAINTIFFS REQUEST that this court order the following:

1. Defendant be immediately enjoined and restrained, directly and indirectly, whether alone or in concert with others, including any of its officers, agents, employees, and/or representatives, until further order of this court, from proceeding with the foreclosure on Plaintiffs' home.

2. This order shall remain in full force and effect for 10 days, or until this court specifically orders otherwise.

3. Defendant shall show cause before this court on Tuesday March 25, 2008, at 2 PM or as soon thereafter as counsel may be heard, why a preliminary injunction should not be ordered according to the terms and conditions set forth above.

So Ordered,
WGS
U.S.D.J.
3/14/08

Respectfully Submitted,

Ralph Stokes, Esq. (2630)
Attorney for Plaintiffs