UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 25 2008
Property of U.S. District Court
District of Rhode Island

ROBERT COCHRAN and
MICHELLE MEISINGER COCHRAN

v. C.A. NO.: 80-98

FIRST HORIZON HOME LOAN
CORPORATION and AMERICA'S
SERVICING COMPANY

## STIPULATION

NOW COME Robert Cochran and Michelle Meisinger Cochran ("Plaintiffs"), and America's Servicing Company (ASC) and hereby stipulate and agree to the following:

1. Plaintiffs and ASC agree that the temporary restraining order entered on March 14, 2008 shall remain in full force and effect by agreement of the parties for a period of forty-five (45) days. Should ASC seek to proceed with foreclosure after forty-five (45) days, Plaintiffs shall have the right to seek hearing on the motion for preliminary injunction.

Respectfully submitted,

**America's Servicing Company**

By Its Attorney,

Bethany M. Whitmarsh, Esq. #7318
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

DATED: 3/25/08

**Robert Cochran and**
**Michelle Meisinger Cochran**
By their Attorney,

Ralph E. Stokes, Esq. #2630
33 College Hill Road, 15-E
Warwick, RI 02886
(401) 827-0100

DATED: 3/25/08