**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ROBERT COCHRAN and**
**MICHELLE MEISINGER COCHRAN**

**v.** **C.A. NO.: 08-98**

**FIRST HORIZON HOME LOAN**
**CORPORATION and AMERICA'S**
**SERVICING COMPANY**

# NOTICE OF APPEARANCE

I, Bethany M. Whitmarsh, Esquire, do hereby enter my appearance on behalf of Defendant America's Servicing Company as servicer for First Horizon Home Loan Corporation in the above-entitled matter.

**AMERICA'S SERVICING COMPANY**
By Its Attorney,

/s/ Bethany M. Whitmarsh
Bethany M. Whitmarsh, Esq. #7318
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-038
(617)558-0500

Dated: March 31, 2008